UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAWRENCE  HARRIS                                        CIVIL ACTION

VERSUS                                                 NO. 08-4769

WARREN RILEY, POLICE SUPERINTENDENT          SECTION "I" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the failure of

plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,

hereby approves the Report and Recommendation of the United States Magistrate Judge

and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that defendant's motion for summary judgment is GRANTED,

and that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this ___1st___ day of _____June_____, 2009.

_____
UNITED STATES DISTRICT JUDGE